BEFORE THE SECOND DIVISION, MARCH 20, 1943

No. 48113.—Protest 783866–G of Amerlux Steel Corp. (Portland, Oreg.).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Wilbur-Ellis* v. *United States* (26 C. C. P. A. 403, C. A. D. 47) and (9 Cust. Ct. 120, C. D. 673) the claim for free entry under paragraph 1604 was sustained.

No. 48114.—Protest 93649–K of M. Pressner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel banks similar in all material respects to those the subject of Abstract 42749 were held dutiable as hollow ware at 40 percent under paragraph 339, as claimed.

No. 48115.—Protests 92494–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel marcel irons used in the household for utilitarian purposes were held dutiable as household utensils at 40 percent under paragraph 339, as claimed, following Abstract 38680. It was also stipulated that the electric Christmas wreaths in question are similar to those the subject of *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188). In accordance therewith they were held dutiable at 35 percent ad valorem under paragraph 353, as claimed.

No. 48116.—Protests 65772–K, etc., of F. W. Woolworth Co. (Boston).

Opinion by TILSON, J. On the agreed facts, the merchandise in question was held dutiable at 3 cents per pound, but not less than 22½ nor more than 45 percent ad valorem, under the provision in paragraph 397, as modified by the said trade-agreement (T. D. 49753), for such articles, whether wholly or partly manufactured. That claim was therefore sustained, following Abstract 47501.